UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEANTHONY PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:20-CV-234 |
| ) | |
| TENNESSEE DEPARTMENT OF ) | Judge Collier |
| CORRECTION, MICHAEL PARRISH, ) | |
| STACY OAKS, and MORGAN COUNTY ) | |
| CORRECTIONAL COMPLEX, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Plaintiff's motion for voluntary dismissal [Doc. 5] is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's motion to proceed *in forma pauperis* [Doc. 1] is **DISMISSED AS MOOT**.

Further, it is **CERTIFIED** that any appeal from this order would not be taken in good faith, and therefore, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
*/s/ John L. Medearis*
CLERK OF COURT